UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAETEAN JOHNSON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No: 22-cv-02409 |
| RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS MIDWEST, and THE KROGER CO., ) ) ) ) | |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **June 22, 2022 at 9:30 a.m.**, I shall appear before the Honorable Jorge L. Alonso in Courtroom 1903 of the courthouse for the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois 60604, and present **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT.**

Respectfully submitted by:

Ralphs Grocery Company d/b/a Food 4 Less Midwest and The Kroger Co.

By: */s/ Joseph D. Kern*
Diane Webster
Peter E. Pederson
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000 Phone
(312) 704-3001 Fax
dwebster@hinshawlaw.com
ppederson@hinshawlaw.com
jkern@hinshawlaw.com

1051036\310959969.v1

## **CERTIFICATE OF SERVICE**

       The undersigned attorney certifies that on June 14, 2022, he electronically filed this document through the Court's CM/ECF system, which will cause a copy of the document to be delivered electronically to counsel of record identified below.

Counsel for Plaintiff
Ryan F. Stephan
James B. Zouras
Haley R. Jenkins
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
rstephan@stephanzouras.com
jzouras@stephanzouras.com
hjenkins@stephanzouras.com

                          */s/ Joseph D. Kern*

1051036\310959969.v1