IN THE UNITED STAES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAETEAN JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY d/b/a FOOD 4 LESS MIDWEST and THE KROGER CO.,<br><br>Defendants. | Case No. 22-cv-02409<br><br>Hon. Jorge L. Alonso |

## JOINT STATUS REPORT

Pursuant to the Court's September 14, 2022 Order (Dkt. 1), Plaintiff Maetean Johnson and Defendants Ralphs Grocery Company d/b/a Food 4 Less Midwest and The Kroger Co. (collectively "the Parties") submit the following Joint Status Report.

1. On June 17, 2022, Defendants made an oral motion to stay this matter pending BIPA appeals to the Illinois Supreme Court in *Cothron v. White Castle Sys., Inc.*, No 20-3202; and *Tims v. Black Horse Carriers, Inc.*, Case No. 1-20-0562. The Court granted Defendants' oral motion over Plaintiff's objection and stayed this matter until the Illinois Supreme Court rules in *Cothron*.

2. The parties in *Cothron* have fully briefed the issues presented. The Illinois Supreme Court held oral argument in *Cothron* on May 17, 2022, but has not yet issued a ruling.

3. Accordingly, the Parties propose the stay remain in place and the December 13, 2022 telephonic status hearing be stricken and reset to a date approximately 90 days in the future.

| | |
|---|---|
| DATED: December 8, 2022 | Respectfully submitted, |
| | By: /s/ *Joseph D. Kern* |
| By: */s/ Haley R. Jenkins* | |
| Ryan F. Stephan | Diane Webster |
| James B. Zouras | Peter E. Pederson |
| Haley Jenkins | Joseph D. Kern |
| STEPHAN ZOURAS, LLP | HINSHAW & CULBERTSON LLP |
| 100 North Riverside; Suite 2150 | 151 North Franklin Street, Suite 2500 |
| Chicago, IL 60606 | Chicago, Illinois 60606 |
| Telephone: (312) 233-1550 | (312) 704-3000 Phone |
| Facsimile: (312) 233-1560 | dwebster@hinshawlaw.com |
| | ppederson@hinshawlaw.com |
| ***Attorneys for Plaintiff*** | jkern@hinshawlaw.com |
| | ***Attorneys for Defendants*** |

1051036\312171822.v1

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on December 8, 2022, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

    */s/ Haley R. Jenkins*

1051036\312171822.v1