## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maetean Johnson

                Plaintiff,

v.                                              Case No.: 1:22−cv−02409
                                              Honorable Jorge L. Alonso

Kroger Co., The, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 1/11/2024 and continued to 2/13/2024 at 9:30 a.m. The parties require additional time to finalize the settlement agreement that has been circulated in draft form. Upon execution of the settlement agreement, the parties are to notify the Court (chambers_finnegan@ilnd.uscourts.gov) and indicate the date by which they anticipate filing a motion for preliminary approval. The toll−free number for the hearing is 877−336−1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.