# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maetean Johnson

                        Plaintiff,

v.                                                     Case No.: 1:22−cv−02409
                                                                      Honorable Jorge L. Alonso

Kroger Co., The, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2024:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 2/13/2024. Plaintiff executed the settlement agreement today, and Defendants will do so promptly. Given this, the parties expect to file a motion for preliminary approval of settlement agreement by 3/1/2024. All matters relating to the referral have been completed so the referral is closed. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.