# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MAETEAN JOHNSON, individually,<br>and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>RALPH'S GROCERY CO., d/b/a FOOD 4 LESS<br>MIDWEST, and THE KROGER COMPANY,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2022-CH-01409<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF ANNA M. CERAGIOLI**

I, Anna Ceragioli, declare under penalty of perjury as follows:

1.　　I am a member of good standing of the Illinois State Bar and a Partner at Stephan Zouras, LLP. I was admitted to practice law in the State of Illinois in 2018. I am one of the lawyers primarily responsible for prosecuting Plaintiff's claims on behalf of the putative class.

2.　　I submit this affidavit in support of the Plaintiff's Unopposed Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement (the "Motion"). I make these statements based on personal knowledge and would so testify if called a witness at trial.

3.　　I am admitted to the Trial Bar of the of the United States District Court for the Northern District of Illinois, have been admitted to the Central and Southern Districts of Illinois, and have been admitted *pro hac vice* to the Eastern District of New York, the Eastern District of Pennsylvania, the Central District of California, The Supreme Court of Minnesota, and The Ohio Supreme Court.

1

4.     Throughout the entirety of my professional career, my practice has been highly concentrated in representing employees in cases arising under federal and state wage and hour laws, including the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law ("IMWL"), and the Illinois Biometric Information Privacy Act ("BIPA"). The majority of these cases proceeded as class and/or collective actions.

5.     James Zouras, along with his business partner Ryan Stephan, founded Stephan Zouras, LLP in 2007. Since that time, Stephan Zouras, LLP's practice has been highly concentrated in representing employees in cases arising under federal and state wage and hour laws, and other statutes, including the FLSA, IMWL, and comparable state wage and hour laws, and other statutes, across the United States. The majority of these cases proceeded as class and/or collective actions. Stephan Zouras, LLP has extensive experience representing Plaintiffs as lead counsel in numerous class actions. (*See* Attachment A - Stephan Zouras, LLP Firm Resume).

6.     Since early 2017, Stephan Zouras, LLP has also concentrated on representing plaintiffs in cases arising under the BIPA. Stephan Zouras, LLP has actively prosecuted or has settled over 150 BIPA cases since June 2017. In early 2017, Stephan Zouras, LLP filed one of the first BIPA class actions in the employment context. *Doporcyk v. Roundy's Supermarkets, Inc. and Kronos, Inc.*, 2017-CH-08092 (Cook Cty. Cir. Ct. Jun. 9, 2017).

7.     Stephan Zouras, LLP is actively engaged, on a daily basis, with extensive court, discovery, and motion practice on their BIPA actions. The firm has secured several favorable rulings for employees at both the Supreme Court, appellate, and trial court levels in connection with novel issues and defenses asserted under BIPA, including that BIPA claims are not subject to arbitration as "wage and hour" claims, *Liu v. Four Seasons Hotel, Ltd.*, 2019 IL App (1st) 182645; the Constitutionality of BIPA, *Bruhn v. New Albertson's Inc.*, 2018-CH-01737 (Cir. Ct. Cook Cty.

2

Jan. 30, 2020) (J. Loftus); a finding of personal jurisdiction over a nonresident defendant biometric device manufacturer, *Fisher v. HP Property Mgmt., LLC, et al.*, 2021 IL App (1st) 201372 (November 29, 2021); a decision from the Illinois Supreme Court holding that the five-year limitations period of 735 ILCS 5/13-205 applies to all BIPA claims, *Tims v. Black Horse Carriers, Inc.*, 2023 IL 127801; and most recently, a decision from the Illinois Supreme Court on when BIPA claims accrue, specifically, that an aggrieved plaintiff's claims accrue each time an entity collects or disseminates biometric identifiers and/or biometric information without securing prior informed consent and a release, *Cothron v. White Castle System, Inc.,* 2023 IL 128004.

8.      Throughout the pendency of this action, Stephan Zouras, LLP, has had the financial resources necessary to prosecute this case, and has stood ready and remains able and willing to advance necessary expenses and devote significant attorney time from our roster of highly-qualified attorneys and staff to all aspects of this case. The firm has aggressively pursued BIPA claims in this case despite many legal issues under BIPA being matters of first impression. Stephan Zouras, LLP has and will continue to vigorously represent the proposed Settlement Class throughout the case's pendency.

9.      Following the exchange of pre-mediation submissions and engagement on pre-mediation calls, on November 8, 2023, the Parties engaged in an all-day mediation at JAMS with the Hon. Judge Morton Denlow (Ret.). While the Parties were unable to reach a settlement on that date, they continued to engage in mediation correspondence, with the assistance of Judge Denlow, throughout the following week. On November 16, 2023, with the assistance of Judge Denlow, an experienced BIPA mediator, the Parties engaged in arms-length settlement negotiations, culminating in a settlement in principle. The Parties executed a settlement term sheet on December 11, 2023.

10. These arms-length negotiations and the term sheet culminated in the Class Action Settlement Agreement and Release ("Settlement" or "Settlement Agreement"), attached as Exhibit 1 to the Motion.

11. The Settlement includes the Named Plaintiff and approximately 6,075 Class Members.

12. The terms of the Settlement are contained in the Settlement Agreement. There are no undisclosed side agreements between the Plaintiff and Defendant.

13. The Settlement of this action was the product of well-informed judgments about the adequacy of the resolution. The Settlement was also the product of arm's-length, non-collusive negotiations. Stephan Zouras, LLP, who are well-versed, highly-experienced and intimately familiar with all aspects of BIPA litigation, are well-positioned to assess the strengths and weaknesses of the claims and defenses of this case, as well as the factual and legal issues, and to make an informed recommendation about the value of the claims, the time, costs and expense of protracted litigation, discovery, and appeals, and the adequacy of the settlement reached. In my professional opinion, the Settlement is fair and reasonable in light of the risk, costs, and delay of further litigation.

Dated: February 23, 2024                    FURTHER AFFIANT SAYETH NOT.


                                            */s/ Anna M. Ceragioli*

                                            Anna M. Ceragioli
                                            **STEPHAN ZOURAS, LLP**
                                            222 W. Adams Street
                                            Suite 2020
                                            Chicago, Illinois 60606
                                            Firm ID No: 43734
                                            312.233.1550
                                            aceragioli@stephanzouras.com

4

# Attachment A

# FIRM RESUME



## STEPHAN ZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

**Fighting for the Rights
of People.** Driven by Justice.
Dedicated to **You**.



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## FIRM PROFILE

**STEPHAN ZOURAS, LLP** is a nationwide law firm that has helped recover more than **$500 million** for people in groundbreaking class and collective actions.



**Stephan Zouras, LLP** has "substantial class action experience [and] have secured multi-million-dollar class recoveries...."

*Bhattacharya v. Capgemini North America, Inc*., 324 F.R.D. 353, 363 (N.D. Ill. 2018) (Kennelly, J.)



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## FIRM PROFILE

**STEPHAN ZOURAS, LLP** is a national law firm representing plaintiffs in complex class and individual litigation matters. Our diverse team of professionals are widely recognized for their vigorous advocacy, skill, integrity and experience litigating wage and hour and other employment disputes, consumer protection, privacy, cybersecurity, mass torts and catastrophic personal injury, products liability and other complex litigation.

Federal and state courts routinely appoint our attorneys as lead counsel in high-stakes, groundbreaking, rapidly-developing areas with far-reaching impact. We try cases to verdict. We help establish favorable precedent for employees and consumers on appeal. And outside the courtroom, our attorneys testify before legislative bodies and work on legislation designed to protect worker's rights.

Our Chicago-based firm is recognized for its leadership, its zealous, thorough and efficient prosecution of class actions, and for achieving outstanding results at both the trial and appellate levels throughout the United States.

We represent hard working people from all walks of life who deserve the protections our laws provide to prevent corporate abuse, injustice and greed.



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## OUR STORY

When Ryan and Jim founded **Stephan Zouras, LLP**, in 2007, they had a vision. They wanted to create a law firm that *empowers* individuals to band together to take on wealthy and powerful corporations who shirk the law and take advantage of employees and consumers.

Today, that vision is a REALITY.

### EXPERIENCE

Not only are we passionate about what we do, we know what we are doing. Collectively, our firm has several decades of experience litigating in federal and state courts throughout the United States. We have established *groundbreaking* and precedent-setting court decisions, including securing a major decision for employees at the United States Supreme Court in 2022, and forced major corporations to change unlawful employment practices and make safer products.

### DEDICATION

Because we love what we do, we don't cut corners. We will review your claim (at no cost), provide prompt feedback and determine next steps. If we choose to pursue your case, we will drive your case to the best desirable outcome, all while keeping you informed at every step of the way. We don't get paid unless we win. And if we can't help, we will try to find you someone who can.

### REPUTATION

We are known throughout the legal community as among the most skilled and qualified practitioners in the field. But some of our proudest accolades come from our clients.

# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS

### JAMES B. ZOURAS



is a founding partner of Stephan Zouras, LLP. Dedicating his entire professional career to combating corporate abuse and injustice, Jim has helped recover hundreds of millions in individual and class actions arising under the federal and state wage and hour laws, biometric privacy and other complex litigation, along with wrongful death and other catastrophic personal injury actions.

He has successfully tried over a dozen major jury trials and argued approximately 20 appeals as lead appellate counsel before federal and state appellate courts, including the Illinois Supreme Court. Jim is frequently invited as a speaker at national class action and trial seminars. In addition to his admission to numerous trial and appellate courts, Jim is a member of the bar of the Supreme Court of the United States.

Jim and his cases have been profiled by numerous media outlets including the Chicago Tribune, the Chicago Sun-Times, WVON Radio, Bloomberg BNA, Billboard Magazine, TMZ and CBS Consumer Watch.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ESTABLISHED ENDOWED SCHOLARSHIP FUND AT UNIVERSITY OF ILLINOIS AT CHICAGO; 2021
- INVITED SPEAKER AT NATIONAL EMPLOYMENT LAWYERS ASSOCIATION (IL); 2021
- INVITED SPEAKER AT ILLINOIS INSTITUTE FOR CONTINUING LEGAL EDUCATION; 2018-2022
- INVITED SPEAKER AT ILLINOIS STATE BAR ASSOCIATION; 2018-2019
- INVITED SPEAKER AT ILLINOIS TRIAL LAWYERS ASSOCIATION; 2016
- INVITED SPEAKER AT THE CHICAGO BAR ASSOCIATION; 2008 AND 2016
- INVITED SPEAKER AT THE PRACTICING LAW INSTITUTE; 2012 AND 2015
- INVITED SPEAKER AT THE BRIDGEPORT CONTINUING EDUCATION WAGE AND HOUR SEMINAR; 2012 AND 2014
- EDITOR, ILLINOIS WAGE HOUR TREATISE; 2022
- CONTRIBUTING AUTHOR, AMERICAN BAR ASSOCIATION FEDERAL LABOR STANDARDS LEGISLATION SUBCOMMITTEE, MIDWINTER REPORT; 2016
- HELLENIC BAR ASSOCIATION OF ILLINOIS; 2001-PRESENT



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS

- ILLINOIS SUPER LAWYER; 2009-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 1997-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION, BOARD OF MANAGERS; 2022-2023
- ILLINOIS STATE BAR ASSOCIATION; 1997-PRESENT
- NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; 2007-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2018-PRESENT
- CHICAGO FOOD PANTRY VOLUNTEER
- SHIRLEY RYAN ABILITYLAB VOLUNTEER

## EDUCATION

- DEPAUL UNIVERSITY COLLEGE OF LAW, J.D. WITH HONOR, ORDER OF THE COIF, [1995]
- UNIVERSITY OF ILLINOIS CHICAGO, POLITICAL SCIENCE, WITH DISTINCTION [1992]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS



### RYAN F. STEPHAN

is a founding principal of Stephan Zouras, LLP. Throughout his career, Ryan has been a passionate advocate for worker and consumer rights, and has helped hundreds of thousands of everyday people recover damages in unpaid overtime, privacy claims, employment disputes, business litigation, products liability and personal injury cases. Ryan has successfully tried cases to verdict including obtaining a $9,000,000 verdict on behalf of 200 employees who were misclassified and denied overtime pay.

Ryan has also served as lead or co-lead counsel on hundreds of complex class and collective action cases involving privacy issues, wage and hour matters and consumer fraud claims, amongst others, and has helped recover over $250 Million for hundreds of thousands of people. In these cases, Ryan has helped establish precedent in both privacy and wage and hour law, forced major corporations to change unlawful employment practices and helped recover hundreds of millions of dollars for his clients.

Ryan and his cases have been profiled by numerous media outlets including Good Morning America, Fortune, ESPN, Fox News, The Guardian, The New York Times, Think Progress, USA Today and Vice Sports.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- AMERICAN ASSOCIATION FOR JUSTICE; 2020-PRESENT
- AMERICAN BAR ASSOCIATION; 2007-PRESENT
- CHICAGO LIGHTS TUTOR; 2009-2010
- CHICAGO CARES TUTOR; 2008-2009
- FEED MY STARVING CHILDREN VOLUNTEER; 2014-2015
- ILLINOIS STATE BAR ASSOCIATION; 2000-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION BOARD OF ADVOCATES; 2022-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2018-PRESENT

## EDUCATION

- CHICAGO KENT COLLEGE OF LAW, J.D., [2000]
- UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN, B.A., POLITICAL SCIENCE, [1996]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PRINCIPAL ATTORNEYS

Ryan and Jim are admitted to the Supreme Court of the United States, the United States Court of Appeals for the First, Third and Seventh Circuits, and the Trial Bar of the United States District Court for the Northern District of Illinois. Ryan and Jim are admitted to practice in the Northern, Central and Southern Districts of Illinois, the United States Bankruptcy Court for the Northern District of Illinois, and are generally admitted to practice in the District Court of Colorado, the Eastern District of Michigan and the Eastern District of Wisconsin.

In addition, they have been admitted pro hac vice in the United States District Courts for the District of Alaska, the District of Arizona, the District of Columbia, the Northern, Central and Southern Districts of California, the Superior Court for the State of California, the District Court of Columbia, the Northern, Middle and Southern Districts of Florida, the Northern District of Georgia, the Southern District of Indiana, the Northern and Southern Districts of Iowa, the Western District of Kentucky, the District Court of Maryland, the District Court of Massachusetts, the District Court of Minnesota, the Eastern and Western Districts of Missouri, the District Court of New Mexico, the Southern and Eastern Districts of New York, the District Court of New Jersey, the Eastern and Middle Districts of Pennsylvania, the First Judicial District of Pennsylvania, the Eastern, Middle and Western Districts of North Carolina, the Southern District of Ohio, the District Court of Oregon, the Eastern and Middle Districts of Pennsylvania, the Middle District of Tennessee, the Northern and Southern Districts of Texas, and the Western District of Washington.

In every consecutive year since 2009, Chicago Magazine's Super Lawyer Section selected both Jim and Ryan as two of the top attorneys in Illinois, a distinction given to no more than 5% of the lawyers in the state.



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### ANDREW C. FICZKO

A tireless fighter for working people, Andy has spent his entire professional career focusing on Employment Litigation and has represented thousands of employees in class, collective and individual actions nationwide and has recovered hundreds of thousands of dollars in unpaid minimum wages, overtime compensation, and other benefits.

Andy has been recognized by Chicago Magazine's Super Lawyers section as a Rising Star and Super Lawyer for eight consecutive years, a distinction given to no more than 5% of Illinois lawyer. Andy served as the second chair in two major federal jury trials to verdict on behalf of Plaintiffs in wage and hour matters and one state jury trial to verdict on behalf of Plaintiffs in a breach of contract matter.

Andy is admitted to the United States Supreme Court, the United States District Court for the Seventh Circuit, the United States Bankruptcy Court for the Northern District of Illinois, the Trial Bar of the United States District Court for the Northern District of Illinois, and is generally admitted to the District Court of Colorado. Andy has been admitted pro hac vice to the District of Alaska, the Central and Northern Districts of California, the District of Columbia, the Northern District of Georgia, the Southern District of Indiana, the Northern and Southern Districts of Iowa, the District of Massachusetts, the Western District of Missouri, the Southern District of New York, the Middle and Western Districts of North Carolina, the Southern District of Ohio, the Eastern and Middle Districts of Pennsylvania, the Northern and Southern Districts of Texas, and the Western District of Washington.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION; 2009-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2009-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- NORTHERN DISTRICT OF ILLINOIS TRAIL BAR ASSOCIATION; 2010-PRESENT
- CHICAGO FOOD PANTRY VOLUNTEER; 2012

## EDUCATION

- DRAKE UNIVERSITY LAW SCHOOL, J.D., [2009]
- LAFAYETTE COLLEGE, B.S., PSYCHOLOGY, [2002]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### TERESA M. BECVAR

A steadfast advocate for individual rights, Teresa has helped thousands of clients hold corporations accountable in employment and consumer protection cases. Teresa has extensive experience in a wide range of employment cases, including wage and hour class and collective actions and employment discrimination.

Teresa is a 2013 graduate of Chicago-Kent College of Law, where she served as Editor of the Law Review. Since 2019, Teresa has served on the Advocacy Council Leadership Committee for Women Employed, an Illinois nonprofit that advocates for the advancement of working women through fair workplaces and education opportunities. Every year since 2016, Teresa has been recognized by Chicago Magazine's Super Lawyer section as a Rising Star, a distinction given to no more than 2.5% of Illinois lawyers.

Teresa is admitted to the Trial Bar of the United States District Court for the Northern District of Illinois, the Northern District of Illinois, the United States Court of Appeals for the Third and Seventh Circuits, and is generally admitted to the District Court of Colorado. She has been admitted pro hac vice to the District Court of Arizona, the Northern District of California, the Superior Court for the State of California, the Middle District of Florida, the District Court of New Mexico, the Eastern and Southern Districts of New York, the Western District of North Carolina, the Northern District of Ohio, the Eastern and Middle Districts of Pennsylvania, the Middle District of Tennessee, and the Western District of Washington.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ABA/BNA AGE DISCRIMINATION IN EMPLOYMENT LAW SUPPLEMENT, CHAPTER EDITOR; 2016-PRESENT
- AMERICAN ASSOCIATION FOR JUSTICE; 2019-PRESENT
- CHICAGO BAR ASSOCIATION; 2013-PRESENT
- FEDERAL BAR ASSOCIATION; 2012-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2013-PRESENT
- ILLINOIS TRIAL LAWYER ASSOCIATION; 2017-PRESENT
- PUBLIC JUSTICE FOUNDATION; 2021-PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D., CUM LAUDE, [2013]
- UNIVERSITY OF CHICAGO, B.A., CINEMA AND MEDIA STUDIES, [2002]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### CATHERINE T. MITCHELL

is a staunch advocate for individual rights, representing people in a wide-range of legal disputes, including unpaid wages, employee misclassification, improper wage deduction, Employee Retirement Income Security Act (ERISA) violations, antitrust, and consumer fraud. Katie is also a member of the legal team pursuing claims on behalf of employees and consumers for violations of the Illinois Biometric Privacy Act (BIPA). Her broad knowledge in such areas helps clients understand their rights and recover damages when laws are violated.

Katie is admitted to practice in Illinois, the United States District Courts for the Central, Northern and Southern Districts of Illinois, and is generally admitted to the District Court of Colorado and the Eastern District of Wisconsin. She has been admitted pro hac vice to the District of Arizona, the Northern District of California, the Southern District of Iowa, the Middle District of Florida, the District Court of Minnesota, the Fourth Judicial District for the State of Minnesota, the Eastern and Western Districts of North Carolina, the District of New Mexico, the Eastern and Southern Districts of New York, the Eastern District of Pennsylvania, and the United States Court of Appeals for the Seventh Circuit.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHAPTER EDITOR, BUREAU OF NATIONAL AFFAIRS AGE DISCRIMINATION IN EMPLOYMENT ACT TREATISE, 2D ED.; 2016
- CHICAGO BAR ASSOCIATION; 2013-PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2015-PRESENT
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- SAINT MARY'S COLLEGE CHICAGO EAST ALUMNAE CLUB MEMBER; 2012-PRESENT
- VICE CHAIR, YLS MOOT COURT COMPETITION COMMITTEE; 2016-2019
- WOMEN'S BAR ASSOCIATION OF ILLINOIS; 2015-PRESENT
- YOUNG LAWYERS SOCIETY OF THE CHICAGO BAR ASSOCIATION; 2014-PRESENT

## EDUCATION

- THE JOHN MARSHALL LAW SCHOOL, J.D., [2015]
- SAINT MARY'S COLLEGE, B.A., POLITICAL SCIENCE & PSYCHOLOGY, [2012]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## PARTNERS



### ANNA M. CERAGIOLI

started her career at Stephan Zouras in 2017 when she worked as a law clerk. Anna is a skilled and dedicated advocate for individuals and groups of people who have been injured, deprived of earned wages or otherwise mistreated by employers. She has worked tirelessly on an array of individual and class actions lawsuits involving unpaid wages, employee misclassification, tip-pool violations, retaliation, biometric privacy violations, and RICO violations. As the assisting attorney in one of the first in-person jury trials for unpaid wages following the COVID-19 pandemic, Anna obtained a verdict and corresponding six-figure damages award on behalf of one of her clients. Anna achieved the first ruling in the state of Illinois awarding treble damages over and above liquidated damages for claims brought under the Illinois Minimum Wage Law and the Fair Labor Standards Act – a landmark ruling for employee rights.

Anna has been recognized by Chicago Magazine's Super Lawyer section as a Rising Star, a distinction given to no more than 2.5% of Illinois lawyers. She was one of only twelve graduating students inducted into the Chicago-Kent Bar & Gavel Society.

Anna is admitted to the Trial Bar of the United States District Court for the Northern District of Illinois, the Central and Southern Districts of Illinois, and the United States Court of Appeals for the Seventh Circuit. She has also been admitted pro hac vice to the Northern District of California, the Eastern District of New York, the Northern District of Ohio, the Eastern District of Pennsylvania and Court of Common Pleas for the State of Ohio.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION YLS MOOT COURT COMMITTEE; 2019-2021
- CHICAGO BAR ASSOCIATION; 2018-PRESENT
- CHICAGO-KENT BAR AND GAVEL SOCIETY; 2018 INDUCTEE
- CHICAGO-KENT MOOT COURT HONOR SOCIETY, PRESIDENT AND MEMBER; 2016-2018
- CHICAGO-KENT JUSTINIAN SOCIETY, SECRETARY; 2016-2018
- ILLINOIS TRIAL LAWYERS ASSOCIATION; 2021-PRESENT
- NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; 2022
- WOMEN'S BAR ASSOCIATION OF ILLINOIS; 2018-PRESENT

## EDUCATION

- CHICAGO-KENT COLLEGE OF LAW, J.D., [2018]
- MARQUETTE UNIVERSITY, B.A., CUM LAUDE, ENGLISH [2013]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### MICHAEL CASAS

joined the Stephan Zouras team as a law clerk in 2020, with a passion and dedication for vindicating Illinois citizens' rights under the Illinois Biometric Information Privacy Act (BIPA). Since joining the Stephan Zouras legal team, Michael has assisted in trailblazing actions involving BIPA, employee misclassification, breach of contract, unpaid wages, personal injury, and employment discrimination claims.

Michael graduated cum laude from the University of Illinois – Chicago School of Law, where he was a member of the Dean's List, and a published member of the UIC Law Review. While in law school, Michael served as a Student Attorney for the Community Enterprise & Solidarity Economy Clinic where he consulted small business owners on corporate entity registration and regulatory compliance with Illinois cannabis license applications.

Michael earned his undergraduate degree from the University of Illinois – Urbana/Champaign, where he graduated with a degree in Finance.

Michael is admitted to practice in Illinois and the United States District Court for the Northern District of Illinois.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- CHICAGO BAR ASSOCIATION; 2022 – PRESENT
- AUXILIARY BOARD MEMBER – ONWARD NEIGHBORHOOD HOUSE; 2020 – PRESENT

## EDUCATION

- UNIVERSITY OF ILLINOIS - CHICAGO SCHOOL OF LAW, J.D., CUM LAUDE [2022]
- UNIVERSITY OF ILLINOIS - URBANA-CHAMPAIGN, B.S., FINANCE [2017]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### LAUREN WARWICK

joined the Stephan Zouras team as an Associate Attorney in 2023, with a passion for vindicating individual rights. Prior to joining Stephan Zouras, Lauren practiced law as a general litigator in California. Her favorite case involved helping a family successfully secure asylum in the United States after they had fled dangerous conditions in El Salvador.

Lauren graduated cum laude from UC Law SF (formerly named UC Hastings). While in law school, Lauren took active roles in the ADR and Mock Trial Teams, winning several competitions during her time there. As a law student, Lauren helped clients secure access to legal services through her work with Homeless Legal Services and Hastings Prisoner Outreach.

Lauren earned her undergraduate degree from the University of Illinois Urbana-Champaign, with degrees in Psychology, Philosophy, and Spanish.

Lauren is a member of the California and Illinois Bar Associations, and has been admitted to practice in the United States District Courts for the Northern, Central and Southern Districts of California.

### PROFESSIONAL & COMMUNITY ACTIVITIES

- UC HASTINGS HONOR SOCIETY; 2019 - 2021
- ILLINOIS STATE BAR ASSOCIATION; 2023 - PRESENT

### EDUCATION

- UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF LAW, J.D., CUM LAUDE [2021]
- UNIVERSITY OF ILLINOIS - URBANA-CHAMPAIGN, B.S., PSYCHOLOGY, PHILOSOPHY AND SPANISH [2016]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### MOLLY STEMPER

has dedicated her career to the vindication of employee and consumer rights. She began her career prosecuting individual employment discrimination actions before the Northern District of Illinois, the Equal Employment Opportunity Commission, and Illinois Department of Human Rights. In 2017, she joined a widely regarded plaintiff-side class action firm where she helped negotiate seven and eight figure settlements on behalf of consumers for violations of the Telephone Consumer Protection Act (TCPA) committed by national and international pharmaceutical companies and other for-profit healthcare corporations. She was also instrumental in securing hundreds of millions of dollars for nationwide class members whose rights were violated under various state and federal consumer protection and privacy laws.

Molly joined the Stephan Zouras team in 2023, where she and her colleagues represent individuals and groups of people whose rights have been violated by corporate injustice, abuse, and greed. She is a proud "Double Demon," obtaining her bachelor's and legal degrees from DePaul University in Chicago in 2011 and 2015, respectively. In 2013, Molly also studied law at the University College of Dublin, where she focused on European and international law.

Molly is admitted to practice in Illinois and the United States District Court for the Northern District of Illinois and is generally admitted to the Eastern District of Michigan. She has also been admitted pro hac vice to the United States District Court of Arizona, the Central and Northern Districts of California, the Southern District of Florida, and the Eastern District of Pennsylvania.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ILLINOIS STATE BAR ASSOCIATION; 2023 – PRESENT
- NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; 2023 - PRESENT

## EDUCATION

- DEPAUL UNIVERSITY COLLEGE OF LAW, J.D. [2015]
- DEPAUL UNIVERSITY, B.A. POLITICAL SCIENCE [2011]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### JUSTIN CAPARCO

is an associate at Stephan Zouras, supporting class action litigation across the firm's complex litigation practice. He represents classes of individuals in areas such as privacy, employment, consumer protection, and mass torts.

Before joining Stephan Zouras, Justin was a defense attorney representing clients through all stages of litigation – from pre-suit investigation, to mediation, through trial and appeal. He also significantly assisted in the firm's pro bono practice. Prior to that, he worked at a plaintiff-side firm assisting in cutting-edge litigation in areas such as consumer protection, biometric privacy, data breaches, products liability, and mass torts.

Justin is a member of the Illinois and Indiana Bar Associations.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ILLINOIS STATE BAR ASSOCIATION; 2022 – PRESENT
- CHICAGO BAR ASSOCIATION; 2022 - PRESENT

## EDUCATION

- UNIVERSITY OF WISCOSIN LAW SCHOOL, J.D. [2022]
- RHODE ISLAND COLLEGE, B.A. ECONOMICS & PHILOSOPHY [2018]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## ASSOCIATES



### DANIELLE SWEET

began her legal career as an attorney with the Louisville Metro Public Defender, where she defended the constitutional rights of her clients. There, she had the unique opportunity to sit second chair in a nationally televised murder trial in her first years of practice. In 2021, Danielle continued her career as defense attorney, shifting her practice to civil litigation.

Danielle is an outstanding litigator who brings her unique background and experience to help Stephan Zouras continue securing justice for people. At Stephan Zouras, Danielle will help continue the SZ legacy of protecting the rights of ordinary workers and consumers, in data privacy, cybersecurity, wage and hour, consumer fraud and complex class actions.

Danielle is a member of the Illinois and Kentucky Bar Associations, and the United States District Court for the Eastern and Western Districts of Kentucky.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- KENTUCKY BAR ASSOCIATION; 2019 – PRESENT
- ILLINOIS STATE BAR ASSOCIATION; 2023 - PRESENT

## EDUCATION

- INDIANA UNIVERSITY MAURER SCHOOL OF LAW, J.D. [2019]
- INDIANA UNIVERSITY, B.S. ECONOMICS & PYSCHOLOGY [2014]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## OF COUNSEL



### DAVID J. COHEN

is a highly skilled and successful class-action attorney who joined Stephan Zouras, LLP in 2016. Dave manages our Philadelphia office and has spent his entire career fighting to protect the rights of thousands of healthcare professionals, restaurant workers, transportation workers, IT professionals, shareholders, union members and consumers.

Before joining the private sector, Dave completed a unique clerkship with the Hon. Stephen E. Levin in the Philadelphia Court of Common Pleas, during which he helped to develop a respected and efficient system to resolve the Court's class action cases and contributed to several well-regarded works on class actions.

Dave earned a J.D. from the Temple University School of Law in 1994. While attending law school, Dave was awarded the Barristers Award for excellence in trial advocacy and worked as a teaching assistant for Hon. Legrome Davis (E.D. Pa.) as part of Temple's award-winning Integrated Trial Advocacy program.

Dave is a member of the Pennsylvania and New Jersey Bar Associations, and has been admitted to practice in many courts nationwide, including: the United States Courts of Appeals for the Third and Sixth Circuits and the District Courts of California, Florida, Illinois, Michigan, New Jersey, New York, Pennsylvania, Tennessee and the District of Columbia.

## PROFESSIONAL & COMMUNITY ACTIVITIES

- ILLINOIS STATE BAR ASSOCIATION; 2017-PRESENT
- UNIVERSITY OF CHICAGO ALUMNI INTERVIEWER; 1994-PRESENT
- PENNSYLVANIA BAR ASSOCIATION MEMBER; 1995-PRESENT
- PHILADELPHIA BAR ASSOCIATION MEMBER; 1995-PRESENT
- UNION LEAGUE OF PHILADELPHIA MEMBER; 2001-PRESENT
- STREET TAILS ANIMAL RESCUE FOSTER CARE SPONSOR; 2014-PRESENT
- UNIVERSITY OF CHICAGO "WISR" ALUMNI MENTORING NETWORK; 2017-PRESENT
- PHILADELPHIA BAR ASSOCIATION LEGAL-LINE VOLUNTEER; 2015-2020
- FOUNDATION FOR FIRST RESPONDERS AND FIREFIGHTERS SPONSOR; 1994-2020
- AMERICAN BAR ASSOCIATION MEMBER;1994-2015
- HEAD HOUSE CONSERVANCY BOARD MEMBER; 2008-2015



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## OF COUNSEL

- AIDS SERVICES IN ASIAN COMMUNITIES (ASAIC) SPONSOR; 1994-2014
- FRIENDS OF INGLIS HOUSE VOLUNTEER; 2001-2014
- OLD CITY CIVIC ASSOCIATION BOARD MEMBER, EXECUTIVE COMMITTEE MEMBER AND SECRETARY; 2002-2014
- TEMPLE UNIVERSITY BEASLEY SCHOOL OF LAW MOOT COURT HONOR SOCIETY JUDGE; 2002-2011

## EDUCATION

- TEMPLE UNIVERSITY SCHOOL OF LAW, J.D. [1994]
- UNIVERSITY OF CHICAGO, B.A. CUM LAUDE [1991]



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## Representative Trials, Verdicts and Judgments

| CASE | COURT | JUDGMENT |
|------|-------|----------|
| Meadows v. NCR Corporation | Northern District of Illinois<br>No. 16-cv-06221 | 5/21/2021 - Jury Verdict (Plaintiff)<br>7/09/2021 - Trial Court Judgment<br>**$225,000** |
| Retaliation Arbitrations | American Arbitration Association<br>Redacted for Confidentiality | 2/2019 & 9/2020 - Arbitration<br>Judgment - **$400,0000** |
| Ray v. DISH Network | American Arbitration Association<br>No. 01-15-0003-4651 | 3/17/2019 – Arbitration Judgment<br>**$3.25 mil** |
| Franco v. Ideal Mortgage Bankers<br>d/b/a Lend America | Eastern District of New York<br>No. 07-cv-3956 | 12/14/2017 – Trial Court Judgment<br>**$15.2 mil** |
| Frisari v. DISH Network | American Arbitration Association<br>No. 18-160-001431-12 | 8/25/2016 - Arbitration Judgment<br>**$2.5 mil** |
| Huskey v . Ethicon, Inc. | Southern District of West Virginia<br>No. 2:12-cv-05201 | 9/10/2014 - Jury Verdict (Plaintiff)<br>**$3.27 mil** |
| Lee v. THR & Associates, Inc. | Central District of Illinois<br>No. 12-cv-3078 | 5/22/2014 - Trial Court Judgment<br>**$12.2 mil** |
| Vilches v. The Travelers Companies, Inc. | American Arbitration Association<br>No. 11-160-000355-11 | 12/12/2012 - Arbitration Judgment |
| Kyriakoulis v. DuPage Health Center | Northern District of Illinois<br>No. 10-cv-7902 | 11/16/2012 - Jury Verdict (Plaintiff) |
| Smith v. Safety-Kleen Systems, Inc. | Northern District of Illinois<br>No. 10-cv-6574 | 7/11/2012 - Jury Verdict (Plaintiff) |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
stephanzouras.com

| CASE | COURT | JUDGMENT |
|------|-------|----------|
| Wong v. Wice Logistics | Circuit Court of Cook County, IL No. 08-L-13380 | 1/30/2012 - Jury Verdict (Plaintiff) |
| Daniels v. Premium Capital Funding | Eastern District of New York No. 08-cv-4736 | 10/18/2011 - Jury Verdict (Plaintiff) **$9 mil** |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## Representative Resolved Class and Collective Actions

**Courts nationwide have appointed the firm as lead or co-lead counsel in numerous class and collective actions in which they have collectively secured over one hundred million dollars in verdicts and settlements including;**

| CASE | COURT | SETTLEMENT |
|---|---|---|
| Krause v. Caputo's Fresh Markets | Circuit Court of Cook County, IL No. 2018-CH-11660 | 7/11/2023- Final Approval **$3.4 mil** |
| Figueroa v. Tony's Fresh Market | Circuit Court of Cook County, IL No. 2018-CH-15728 | 5/01/2023 - Final Approval **$6.6 mil** |
| Heard v. Omnicell, Inc. | Circuit Court of Cook County, IL No. 2019-CH-06817 | 4/06/2023 - Final Approval **$4.3 mil** |
| Jones v. Medical Advantage Group | Northern District of Illinois No. 1:20-cv-07128 | 3/27/2023 - Final Approval **$700,000** |
| Dennis v. Greatland Home Health Services, Inc. | Northern District of Illinois No. 19-cv-05427 | 3/23/2023 - Final Approval **$975,000** |
| Meegan v. NFI Industries, Inc. | Northern District of Illinois No. 20-cv-00465 | 3/09/2023 - Final Approval **$3.5 mil** |
| Pruitt v. Par-A-Dice Hotel Casino | Circuit Court of Tazewell County, IL No. 2020-L-000003 | 2/22/2023 - Final Approval **$825,000** |
| Roper v. Verizon | Eastern District of Pennsylvania No. 18-cv-5270 | 1/19/2023 - Final Approval **$1.3 mil** |
| Figueroa v. Kronos, Inc. | Northern District of Illinois No. 19-cv-01306 | 12/20/2022 - Final Approval **$15.3 mil** |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## Representative Resolved Class and Collective Actions

**Courts nationwide have appointed the firm as lead or co-lead counsel in numerous class and collective actions in which they have collectively secured over one hundred million dollars in verdicts and settlements including;**

| CASE | COURT | SETTLEMENT |
|---|---|---|
| Gniecki v. Columbia Sussex Management, LLC | Circuit Court of Cook County, IL No. 21-CH-00677 | 10/06/2022 - Final Approval **$500,000** |
| Brown v. Weathertech | Circuit Court of Cook County, IL No. 19-CH-00503 | 9/26/2022 - Final Approval **$1.375 mil** |
| Johnson v. Verizon Wireless | Northern District of Illinois No. 21-cv-00187 | 9/12/2022 - Final Approval |
| Bruhn v. Jewel-Osco | Circuit Court of Cook County, IL No. 18-CH-01737 | 9/08/2022 - Final Approval **$1.575 mil** |
| Meier v. Robert Rohrman, et al. | Circuit Court of Cook County, IL No. 14-CH-11513 | 5/31/2022 - Final Approval **$855,000** |
| Robertson v. Hostmark Hospitality Group, Inc., et al. | Circuit Court of Cook County, IL No. 18-CH-05194 | 4/14/2022 - Final Approval **$503,000** |
| Parsons v. Personnel Staffing Group | Circuit Court of Cook County, IL No. 20-CH-473 | 3/22/2022 - Final Approval **$4.68 mil** |
| Mosby v. The Ingalls Memorial Hospital, et al. | Circuit Court of Cook County, IL No. 18-CH-05031 | 3/14/2022 - Final Approval **$2.42 mil** |
| Bledsoe v. LHC Group, Inc. and; George v. LHC Group, Inc. | District Court of Arizona No. cv-18-02863, and; No. cv-21-01402 | 2/08/2022 - Final Approval |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|---|---|---|
| Krzyzanowski v. Brunch Café | Northern District of Illinois<br>No. 19-cv-07427 | 2/02/2022 - Final Approval |
| Toor v. CoreCentric Solutions, Inc. | Circuit Court of DuPage County, IL<br>No. 2019-CH-000989 | 1/25/2022 - Final Approval |
| Peatry v. Bimbo Bakeries USA, Inc. | Northern District of Illinois<br>No. 19-cv-02942 | 1/12/2022 - Final Approval |
| Ripper v. Area Disposal Service, Inc. | Circuit Court of Peoria County, IL<br>No. 2020-CH-00124 | 11/16/2021 - Final Approval<br>**$577,000** |
| O'Sullivan v. All Star Management, Inc. | Circuit Court of Cook County, IL<br>No. 19-CH-11575 | 9/02/2021 - Final Approval<br>**$5.85 mil** |
| Sanchez v. Visual Pak | Circuit Court of Cook County, IL<br>No. 18-CH-02651 | 8/10/2021 - Final Approval<br>**$3.5 mil** |
| Ramos v. BOX Acquisitions, LLC | Circuit Court of Cook County, IL<br>No. 20-CH-03887 | 8/05/2021 - Final Approval<br>**$1.38 mil** |
| Civcon Services, Inc. v. Accesso Services, LLC | Northern District of Illinois<br>No. 20-cv-01821 | 7/08/2021 - Final Approval<br>**$500,000** |
| Van Jacobs v. New World Van Lines, Inc. | Circuit Court of Cook County, IL<br>No. 19-CH-02619 | 7/07/2021 - Final Approval |
| Liu v. Four Seasons Hotels, Ltd. | Circuit Court of Cook County, IL<br>No. 17-CH-14949 | 6/30/2021 - Final Approval<br>**$575,900** |
| Bedford v. Lifespace Communities, Inc. | Northern District of Illinois<br>No. 20-cv-04574 | 5/12/2021 - Final Approval<br>**$987,850** |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| <u>CASE</u> | <u>COURT</u> | <u>SETTLEMENT</u> |
|---|---|---|
| Heard v. THC - Northshore, Inc. | Circuit Court of Cook County, IL<br>No. 17-CH-16918 | 5/05/2021 - Final Approval<br>**$2.25mil** |
| Thome v. Novatime Technology, Inc. | Northern District of Illinois<br>No. 19-cv-06256 | 3/08/2021 - Final Approval<br>**$14.1 mil** |
| Kusinski v. ADP, LLC | Circuit Court of Cook County, IL<br>No. 17-CH-12364 | 2/10/2021 - Final Approval<br>**$25 mil** |
| Trayes v. Mid-Con Hospitality Group, LLC | Circuit Court of Cook County, IL<br>No. 19-CH-11117 | 2/03/2021 - Final Approval<br>**$616,500** |
| Collier v. Pete's Fresh Market | Circuit Court of Cook County, IL<br>No. 19-CH-05125 | 12/03/2020 - Final Approval<br>**$4.2 mil** |
| Bryant v. Loews Chicago Hotel, Inc. | Northern District of Illinois<br>No. 19-cv-03195 | 10/30/2020 - Final Approval<br>**$1 mil** |
| Bigger v. Facebook, Inc. | Northern District of Illinois<br>No. 17-cv-7753 | 10/22/2020 - Final Approval<br>**$1.6 mil** |
| Johns v. Club Fitness of Alton, LLC | Circuit Court of Madison County, IL<br>No. 18-L-000080 | 10/13/2020 - Final Approval<br>**$750,000** |
| Bryski v. Nemera Buffalo Grove, LLC | Circuit Court of Cook County, IL<br>No. 18-CH-07264 | 10/05/2020 - Final Approval |
| Thomas v. Kik Custom Products, Inc. | Circuit Court of Cook County, IL<br>No. 19-CH-02471 | 9/30/2020 - Final Approval<br>**$1 mil** |
| Gauzza v. Prospect Medical Holdings, Inc. | Eastern District of Pennsylvania<br>No. 20-cv-03599 | 9/15/2020 - Final Approval<br>**$1.9 mil** |
| Bradford v. Farmington Foods, Inc. | Circuit Court of Cook County, IL<br>No. 19-CH-12888 | 8/17/2020 - Final Approval |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
stephanzouras.com

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Trottier v. Summit Staffing | Circuit Court of Cook County, IL No. 19-CH-02731 | 8/04/2020 - Final Approval **$1mil** |
| Jackson v. A. Finkl & Sons, Co. | Circuit Court of Cook County, IL No. 2018-CH-07424 | 7/21/2020 - Final Approval |
| Thome v. Flexicorps. Inc. | Circuit Court of Cook County, IL No. 18-CH-01751 | 7/02/2020 - Final Approval **$1 mil** |
| Goings v. Applied Acoustics | Circuit Court of Cook County, IL No. 17-CH-14954 | 6/02/2020 - Final Approval |
| Jones v. Santa Rosa Consulting, Inc. | Southern District of New York No. 18-cv-11005 | 5/26/2020 - Final Approval |
| Jones v. Encore Health Resources, LLC | Southern District of Texas No. 19-cv-03298 | 2/19/2020 - Final Approval |
| Potoski v. Wyoming Valley Health Care System | Middle District of Pennsylvania No. 11-cv-00582 | 1/14/2020 - Final Approval |
| Stewart v. First Transit, Inc. | Eastern District of Pennsylvania No. 18-cv-03768 | 12/30/2019 - Final Approval **$1 mil** |
| Jordan v. Meridian Bank | Eastern District of Pennsylvania No. 17-cv-05251 | 12/19/2019 - Final Approval **$1 mil** |
| George v. Schulte Hospitality Group, Inc. | Circuit Court of Cook County, IL No. 18-CH-04413 | 12/16/2019 - Final Approval **$1 mil** |
| Edmond v. DPI Specialty Foods, Inc. | Circuit Court of Cook County, IL No. 18-CH-09573 | 11/18/2019 - Final Approval **$500,000** |
| Watts v. Chicago Lakeshore Hospital | Circuit Court of Cook County, IL No. 17-CH-12756 | 11/13/2019 - Final Approval **$858,000** |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|---|---|---|
| Bey v. Walker HealthCare and; Pierce v. Encore Health Resources | Southern District of Texas No. 19-cv-00060 No. 18-cv-04736 | 9/19/2019 - Final Approval **$2.4 mil** |
| Kuck v. Planet Home Lending, LLC | Eastern District of New York No. 17-cv-04769 | 9/13/2019 - Final Approval |
| Dixon v. The Washington & Jane Smith Home | Northern District of Illinois No. 17-cv-08033 | 8/20/2019 - Final Approval **$1.35 mil** |
| Jones v. Chicago Bridge & Iron Company | Western District of North Carolina No. 17-cv-00424 | 8/06/2019 - Final Approval |
| Sharrieff v. Raymond Management Company | Circuit Court of Cook County, IL No. 18-CH-01496 | 8/01/2019 - Final Approval |
| Ostrander v. Customer Engineering Services, LLC | District Court of Colorado No. 15-cv-01476 | 3/25/2019 - Final Judgment |
| Davis v. Vanguard Home Care, LLC | Northern District of Illinois No. 16-cv-07277 | 3/22/19 – Final Approval |
| Goh v. NCR Corporation | American Arbitration Association No. 01-15-0004-0067 | 2/25/19 – Final Approval |
| Moseman v. U.S. Bank National Association | Western District of North Carolina No. 17-cv-00481 | 1/07/19 – Final Approval |
| Ivy v. Adventist Midwest Health | Northern District of Illinois No. 16-cv-7606 | 11/14/18 – Final Approval |
| Bhattacharya v. Capgemini | Northern District of Illinois No. 16-cv-07950 | 11/13/18 - Final Approval **$990,000** |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|---|---|---|
| Carver v. Presence Health Network | Northern District of Illinois No. 15-cv-02905 | 7/10/18 – Final Approval **$20mil** |
| Stapleton v. Advocate Health Care | Northern District of Illinois No. 14-cv-01873 | 6/27/18 – Final Approval |
| Brown v. Health Resource Solutions, Inc. | Northern District of Illinois No. 16-cv-10667 | 4/20/18 – Final Approval **$900,000** |
| Eggleston v. USCC Services, LLC | Northern District of Illinois No. 16-cv-06775 | 2/16/18 – Final Approval **$1.25mil** |
| Caison v. Sogeti USA, LLC | Northern District of Illinois No. 17-cv-2786 | 2/12/18 – Final Approval |
| Kaminski v. Bank of America, N.A. | Northern District of Illinois No. 16-cv-10844 | 2/15/18 – Final Approval **$850,000** |
| Byrne v. Centegra Health System | Northern District of Illinois No. 17-cv-00018 | 1/29/18 – Final Approval |
| Donoghue v. Verizon Communications, Inc. | Eastern District of Pennsylvania No. 16-cv-4742 | 11/16/17 – Final Approval **$800,000** |
| Tompkins v. Farmers Insurance Exchange | Eastern District of Pennsylvania No. 14-cv-3737 | 9/27/17 – Final Approval **$775,000** |
| In re Sears Holdings Corporation Stockholder and Derivative Litigation | Court of Chancery of the State of Delaware, No. 11081-VCL | 5/9/17 – Final Approval **$40mil** |
| Oaks v. Sears | Northern District of Illinois No. 1:15-cv-11318 | 4/12/17 – Final Approval |
| Hauser v. Alexian Brothers Home Health | Northern District of Illinois No. 15-cv-6462 | 4/06/17 – Final Approval **$1mil** |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
| --- | --- | --- |
| Leiner v. Johnson & Johnson | Northern District of Illinois No. 15-cv-5876 | 1/31/17 – Final Approval **$5mil** |
| Reed v. Friendly's Ice Cream, LLC | Middle District of Pennsylvania No. 15-cv-00298 | 1/31/17 – Final Approval **$3.5 mil** |
| McPhearson v. 33 Management | Circuit Court of Cook County, IL No. 15-CH-17302 | 11/3/16 – Final Approval |
| Cook v. Bank of America | Northern District of Illinois No. 15-cv-07718 | 8/2/16 – Final Approval **$3.25 mil** |
| Lukas v. Advocate Health Care | Northern District of Illinois No. 14-cv-2740 | 6/29/16 – Final Approval **$4.75mil** |
| Kurgan v. Chiro One Wellness Centers, LLC | Northern District of Illinois No. 10-cv-1899 | 4/27/16 – Final Approval |
| Heba v. Comcast | First Judicial District of Pennsylvania Court of Common Pleas, No. 12-471 | 4/06/16 – Final Approval |
| Johnson v. Casey's General Stores, Inc. | Western District of Missouri No. 15-cv-3086 | 3/03/16 – Final Approval **$500,000** |
| Fields v. Bancsource, Inc. | Northern District of Illinois No. 14-cv-7202 | 2/03/16 – Final Approval |
| Elder v. Comcast Corporation | Northern District of Illinois No. 12-cv-1157 | 1/11/16 – Final Approval **$700,000** |
| Posada v. Continental Home Loans, Inc. | Eastern District of New York 15-cv-4203 | 1/13/16 - Final Approval |
| Struett v. Susquehanna Bank | Eastern District of Pennsylvania No. 15-cv-176 | 10/27/15 – Final Approval |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| <u>CASE</u> | <u>COURT</u> | <u>SETTLEMENT</u> |
|---|---|---|
| Faust v. Comcast Corporation | District Court of Maryland No. 10-cv-2336 | 10/11/15 - Final Approval |
| Butler v. DirectSat USA, LLC | District Court of Maryland No. 10-cv-02747 | 9/03/15 - Final Approval |
| Sosnicki v. Continental Home Loans, Inc. | Eastern District of New York No. 12-cv-1130 | 7/30/15 - Final Approval |
| Bordell v. Geisinger Medical Center | Northumberland Court of Common Pleas, No. 12-cv-1688 | 4/8/15 – Final Approval |
| Harvey v. AB Electrolux | Northern District of Iowa No. 11-cv-3036 | 3/23/15 – Final Approval |
| Price v. NCR Corporation | American Arbitration Association No. 51-610-908-12 | 3/18/15 – Final Approval **$2.95 mil** |
| Frebes v. Mask Restaurants, LLC | Northern District of Illinois No. 13-cv-3473 | 1/15/15 – Final Approval |
| Jones v. Judge Technical Services Inc. | Eastern District of Pennsylvania No. 11-cv-6910 | 12/15/14 – Final Approval **$1.22 mil** |
| Howard v. Securitas Security Services USA, Inc., and; Hawkins v. Securitas Security Services USA, Inc. | Northern District of Illinois No. 08-cv-2746 and; No. 09-cv-3633 | 5/7/14 – Final Approval |
| Thomas v. Matrix Corporation Services | Northern District of Illinois No. 10-cv-5093 | 2/12/14 – Final Approval |
| Sexton v. Franklin First Financial | Eastern District of New York No. 08-cv-04950 | 9/30/13 – Final Approval |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|---|---|---|
| Outlaw v. Secure Health, L.P. | Eastern District of Pennsylvania No. 11-cv-602 | 9/24/13 – Final Approval |
| Robinson v. RCN Telecom Services, Inc. | Eastern District of Pennsylvania No. 10-cv-6841 | 8/5/13 – Final Approval |
| Holland v. Securitas Security Services USA, Inc. | Superior Court of California, County of Los Angeles, No. BC 394708 | 7/26/13- Final Approval |
| Ord v. First National Bank of Pennsylvania | Western District of Pennsylvania No. 12-cv-766 | 6/21/13 – Final Approval **$3mil** |
| Holley v. Erickson Living Management, LLC | Eastern District of Pennsylvania No. 11-cv-2444 | 6/13/13 – Final Approval |
| Hansen v. Per Mar Security Services | Southern District of Iowa No. 09-cv-459 | 5/15/13 - Final Approval |
| Pomphrett v. American Home Bank | Eastern District of Pennsylvania No. 12-cv-2511 | 3/14/13 – Final Approval **$2.4 mil** |
| Glatts v. Crozer-Keystone Health System | Philadelphia Court of Common Pleas, No. 0904-1314 | 2/06/13 – Final Approval **$1.2 mil** |
| Chambers v. Front Range Environmental, LLC | Northern District of Illinois No. 12-cv-891 | 1/23/13 - Final Approval |
| Searson v. Concord Mortgage Corporation | Eastern District of New York No. 07-cv-3909 | 11/19/12 - Final Approval |
| Ellenbecker v. North Star Cable Construction, Inc. | Northern District of Illinois No. 09-cv-7293 | 11/14/12 - Final Approval |
| Williams v. Securitas Security Services USA, Inc. | Eastern District of Pennsylvania No. 10-cv-7181 | 11/08/12 - Final Approval |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Molyneux v. Securitas Security Services USA, Inc. | Southern District of Iowa No. 10-cv-588 | 11/05/12 - Final Approval |
| Kernats v. Comcast Corporation | Northern District of Illinois No. 09-cv-3368 | 5/28/12 - Final Approval |
| Petersen v. Marsh USA, Inc. | Northern District of Illinois No. 10-cv-1506 | 9/21/11 - Final Approval |
| Thompson v. World Alliance Financial Corp. | Eastern District of New York No. 08-cv-4951 | 8/05/11 - Final Approval |
| Harris v. Cheddar's Casual Cafe, Inc. | American Arbitration Association No. 51 460 00557 10 | 6/1/11 - Final Approval |
| Turner v. Mercy Health System | Philadelphia Court of Common Pleas, No. 0801-3670 | 4/20/11 – Final Approval **$2.75 mil** |
| Cedeno v. Home Mortgage Desk, Corp. | Eastern District of New York No. 08-cv-1168 | 6/15/10 - Final Approval |
| Perkins v. Specialty Construction Brands, Inc. | Northern District of Illinois No. 09-cv-1678 | 11/15/09 - Final Approval |
| Wineland v. Casey's General Stores, Inc. | Southern District of Iowa No. 08-cv-00020 | 10/22/09 - Final Approval |
| Jones v. Casey's General Stores, Inc. | Southern District of Iowa No. 07-cv-400 | 10/22/09 - Final Approval |
| Stuart v. College Park | Circuit Court of Cook County, IL No. 05-CH-09699 | 12/11/07 - Final Approval |
| Huebner v. Graham C Stores | Circuit Court of Cook County, IL No. 06-CH-09695 | 11/15/07 - Final Approval |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
stephanzouras.com

| CASE | COURT | SETTLEMENT |
|------|-------|------------|
| Perez v. RadioShack Corporation | Northern District of Illinois<br>No. 02-cv-7884 | 9/14/07 - Final Approval<br>**$9 mil** |
| Reinsmith v. Castlepoint Mortgage | District Court of Massachusetts<br>No. 05-cv-01168 | 4/3/07 - Final Approval |
| Kutcher v. B&A Associates | Circuit Court of Cook County, IL<br>No. 03-CH-07610 | 11/20/06 - Final Approval |
| Ciesla v. Lucent Technologies, Inc. | Northern District of Illinois<br>No. 05-cv-1641 | 7/31/06 - Final Approval |
| Casale v. Provident Bank | District Court of New Jersey<br>No. 04-cv-2009 | 7/25/05 - Final Approval |
| Corbin v. Barry Realty | Circuit Court of Cook County, IL<br>No. 02-CH-16003 | 3/22/05 - Final Approval |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

## Biometric Information Privacy Class Action Lawsuits

**Our firm is at the forefront of BIPA litigation to protect the biometric data and privacy of employees and consumers. We have brought numerous class action lawsuits against employers and other retail businesses who have collected biometric data without consent and without instituting the proper safeguards including;**

| CASE | COURT |
|------|-------|
| Acevedo v. Fargo Cargo Handling Solutions | Circuit Court of Cook County, Illinois, No. 2022-CH-10602 |
| Ala v. U.S. Acrylic, LLC | Circuit Court of Lake County, Illinois, No. 2022-CH-0000069 |
| Alquero v. Grand Victoria Riverboat Casino | Circuit Court of Cook County, Illinois, No. 2019-CH-09603 |
| Andere v. Amita Health Adventist Medical Center Bolingbrook | Circuit Court of Will County, Illinois, No. 2021-L-000893 |
| Anthony v. Towneplace Suites | Circuit Court of Cook County, Illinois, No. 2021-CH-05389 |
| Arnold v. Roundy's Supermarkets, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-05622 |
| Arroyo v. OTO Development, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-07170 |
| Bowens v. SMASHotels | Circuit Court of Cook County, Illinois, No. 2022-CH-08312 |
| Boyd v. Lazer Spot, Inc. | Northern District of Illinois, No. 2021-cv-08173 |
| Brammer v. Ava Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-07379 |
| Buford v. GDI Services, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-05007 |
| Burt v. Anixter Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-04569 |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## CASE

## COURT

| | |
|---|---|
| Cameron v. Polar Tech Industries, Inc. | Circuit Court of DeKalb County, Illinois, No. 2019-CH-000013 |
| Campobasso v. Trinity Healthcare | Circuit Court of Cook County, Illinois, No. 2023-CH-01200 |
| Campos v. City View Multicare Center, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-07082 |
| Cervantes v. Grant Park Packing Co., Inc. | Circuit Court of Cook County, Illinois, No. 2022-CH-07020 |
| Chan v. H Mart Companies, Inc. | Circuit Court of Cook County, Illinois, No. 2023-CH-04614 |
| Chatman v. Crate and Barrel | Circuit Court of Cook County, Illinois, No. 2018-CH-09277 |
| Coleman v. Greenwood Hospitality Management, LLC | Northern District of Illinois, No. 2021-cv-00806 |
| Cothron v. White Castle | Northern District of Illinois, No. 2019-cv-00382 |
| Crowden v. Silver Cross Hospitals & Medical Centers | Circuit Court of Will County, Illinois, No. 2022-CH-0063 |
| Currie v. McDonald's | Circuit Court of Lake County, Illinois, 2020-CH-0467 |
| Curry v. County Materials Corp. | Central District of Illinois, No. 2022-cv-2015 |
| Doporcyk v. Mariano's | Circuit Court of Cook County, Illinois, No. 2017-CH-08092 |
| Dowell v. Springfield Memorial Hospital, et al. | Circuit Court of Sangamon County, Illinois, No. 2022-LA-134 |
| Duarte v. Vanee Foods Company | Circuit Court of Cook County, Illinois, No. 2021-CH-01318 |
| Ebert v. Eclipse Advantage, LLC | Circuit Court of Grundy County, Illinois, No. 2020-L-53 |
| Ebert v. Total Staffing Solutions, Inc. | Circuit Court of Cook County, Illinois, No. 2021-CH-04338 |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## CASE

## COURT

| | |
|---|---|
| Fields v. Abra Auto Body & Glass | Circuit Court of Cook County, Illinois, No. 2017-CH-12271 |
| Fisher v. HP Property Management, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-14082 |
| Francois v. South Shore Hospital, Corp. | Circuit Court of Cook County, Illinois, No. 2021-CH-02564 |
| Francois v. Swipeclock, LLC | Circuit Court of Cook County, Illinois, No. 2022-CH-01041 |
| Frederick v. USA Vein Clinics | Circuit Court of Cook County, Illinois, No. 2023-CH-05729 |
| Fuentes v. Focal Point Exports, LTD | Circuit Court of Cook County, Illinois, No. 2019-CH-03890 |
| Fulton v. SCR Medical Transport, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-00927 |
| George v. Bricton 191 Associates, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-04014 |
| Goings v. UGN, Inc. | Circuit Court of Cook County, Illinois, No. 2017-CH-14954 |
| Gorgas v. Amazon.com, Inc. et al. | Northern District of Illinois, No. 2022-cv-05159 |
| Heard v. Becton, Dickinson & Company | Northern District of Illinois, No. 2019-cv-4158 |
| Heard v. St. Bernard Hospital | Circuit Court of Cook County, Illinois, No. 2017-CH-16828 |
| Heard v. Weiss Memorial Hospital Foundation | Circuit Court of Cook County, Illinois, No. 2019-CH-06763 |
| Hogan v. Amazon.com, Inc. | Northern District of Illinois, No. 2021-cv-3169 |
| Hollingsworth v. Anthem Memory Care | Circuit Court of Cook County, Illinois, No. 2023-CH-06065 |
| Hollingsworth v. Heartis, LLC | Circuit Court of Cook County, Illinois, No. 2023-CH-05938 |
| Howe v. Speedway, LLC | Northern District of Illinois, No. 2019-cv-01374 |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
|------|-------|
| Ibarra v. Prospera, LLC | Northern District of Illinois, No. 2020-cv-07015 |
| Ingram v. LSL Healthcare | Circuit Court of Cook County, Illinois, No. 2021-CH-00220 |
| Johns v. Paycor, Inc. | Northern District of Illinois, No. 2020-cv-00264 |
| Johnson v. Gold Standard Baking, Inc. | Circuit Court of Cook County, Illinois, No. 2018-CH-09011 |
| Johnson v. Food 4 Less | Northern District of Illinois, No. 2022-cv-02409 |
| Johnson v. NCR | Circuit Court of Cook County, Illinois, No. 2022-CH-04265 |
| Johnson v. Thermoflex | Circuit Court of Cook County, Illinois, No. 2020-CH-00000479 |
| Kardos v. ABT Electronics, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-01235 |
| Keene v. Plymouth Place, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-01953 |
| Kelley v. Chicago Behavioral Hospital | Circuit Court of Cook County, Illinois, No. 2020-CH-03302 |
| King v. Garfield Park Hospital, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-00056 |
| King v. Mount Sinai | Circuit Court of Cook County, Illinois, No. 2023-CH-04955 |
| Kyles v. AbleHearts Consulting Services | Circuit Court of Cook County, Illinois, No. 2023-CH-06393 |
| Kyles v. Smartlinx Solutions, LLC | Circuit Court of Cook County, Illinois, No. 2023-CH-07048 |
| Landa v. Menasha Packaging Co., LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-05251 |
| Landa v. MJ Holding Company, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-05247 |
| Lawrence v. McLane/Midwest, Inc. | Circuit Court of Vermilion County, Illinois, No. 2021-L-000061 |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
|------|-------|
| Legg v. Accord Carton Company | Circuit Court of Cook County, Illinois, No. 2023-CH-04380 |
| Legg v. Grace Printing & Mailing | Circuit Court of Cook County, Illinois, No. 2023-CH-04284 |
| Lopez v. Ascension Health | Circuit Court of Cook County, Illinois, No. 2023-CH-05692 |
| Lopez v. Metraflex | Circuit Court of Cook County, Illinois, No. 2020-CH-05354 |
| Loving v. Belhaven Nursing & Rehabilitation Center, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-04176 |
| Lyons v. Harri (US), LLC | Circuit Court of Cook County, Illinois, No. 2022-CH-03207 |
| Marquez v. North Riverside Golf Club | Circuit Court of Cook County, Illinois, No. 2020-CH-05895 |
| Mazya v. Northwestern Lake Forest Hospital | Circuit Court of Cook County, Illinois, No. 2018-CH-07161 |
| McAdams v. Design Toscano, Inc. | Circuit Court of Cook County, Illinois, No. 2022-CH-05387 |
| Measaw v. Heritage Operations Group, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-08321 |
| Mendenhall v. Burger King | Circuit Court of Cook County, Illinois, No. 2019-CH-10636 |
| Michaels v. Continental Nursing and Rehabilitation Center, LLC | Circuit Court of Cook County, Illinois, No. 2022-CH-02591 |
| Michaels v. Infinity Healthcare Management of Illinois, LLC | Circuit Court Cook County, Illinois, No. 2021-CH-05859 |
| Mitchell v. Bottled Blonde Chicago, LLC | Northern District of Illinois, No. 2020-cv-06460 |
| Mitchell v. Electrolux Home Products, et al. | Circuit Court of Cook County, Illinois, No. 2022-CH-08926 |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
|------|-------|
| Molina v. Mercyhealth System, Corp. | Circuit Court of Winnebago County, Illinois, No. 2020-L-0000286 |
| Morgan v. Ruler Foods, Inc. | Southern District of Illinois, No. 2020-cv-01270 |
| Morris v. Nextep Systems, Inc. | Northern District of Illinois, No. 2021-cv-2404 |
| Morris v. Wow Bao, LLC | Circuit Court of Cook County, Illinois, No. 2017-CH-12029 |
| Mosby v. The Ingalls Memorial Hospital | Circuit Court of Cook County, Illinois, No. 2018-CH-05031 |
| Nash v. Andrews Staffing, Inc. | Circuit Court of Lake County, Illinois, No. 2023-CH-00000093 |
| Norman v. Patronscan, Inc. | Northern District of Illinois, No. 2023-CH-02874 |
| Nordstrom v. Dial Senior Management, Inc. | Northern District of Illinois, No. 2019-cv-07183 |
| Nosal v. Rich Products Corporation | Northern District of Illinois, No. 2020-cv-4972 |
| Peaks-Smith v. Saint Anthony Hospital | Circuit Court of Cook County, Illinois, No. 2018-CH-07077 |
| Peoples v. Wheaton Village Nursing and Rehabilitation Center, LLC | Circuit Court of DuPage County, Illinois, No. 2021-L-001234 |
| Perry v. Amazon Logistics, Inc. | Northern District of Illinois, No. 2023-cv-03383 |
| Purnell v. Pure's Food Specialties, LLC | Circuit Court of Lake County, Illinois, No. 2021-CH-00991 |
| Ramsey Daley's Medical Transportation, Inc. | Circuit Court of Cook County, Illinois, No. 2018-CH-01935 |
| Ranabargar v. Blessing Hospital | Circuit Court of Adams County, Illinois, No. 2023-LA-25 |
| Redd v. Amazon, Inc. | Northern District of Illinois, No. 2020-cv-06485 |
| Redd v. Amazon Web Services, Inc. | Circuit Court of Cook County, Illinois, No. 2022-CH-08721 |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL  60606
312-233-1550
**stephanzouras.com**

## CASE

## COURT

| CASE | COURT |
|---|---|
| Reyes v. Authentic Brands of Chicago, LLC | Circuit Court of Cook County, Illinois, No. 2023-CH-07241 |
| Reyes v. Midway Staffing of Illinois, Inc. | Circuit Court of Cook County, Illinois, No. 2023-CH-04996 |
| Reyes v. Staffing Network Holdings, LLC | Circuit Court of Lake County, Illinois, No. 2020-CH-00000654 |
| Rogers v. Thorek Memorial Hospital | Circuit Court of Cook County, Illinois, No. 2021-CH-02304 |
| Sanchez v. Elite Labor Services | Circuit Court of Cook County, Illinois, No. 2018-CH-02651 |
| Seaton v. Atos Healthcare Services, LLC | Circuit Court of Cook County, Illinois, No. 2021-CH-00611 |
| Severinsen v. Menard, Inc. | Circuit Court of Peoria County, Illinois, No. 2022-CH-0000009 |
| Shird v. Snipes | Circuit Court of Cook County, Illinois, No. 2022-CH-05329 |
| Smith v. Hospitality Guru Group, LLC | Circuit Court of DuPage County, Illinois, No. 2023-CH-000109 |
| Socorro v. Advocate Illinois Masonic | Circuit Court of Cook County, Illinois, No. 2023-CH-01175 |
| Socorro v. Becton, Dickinson & Co. | Circuit Court of Cook County, Illinois, No. 2023-CH-07087 |
| Taitts v. Elior, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-03664 |
| Thome v. Axis Insurance Company | Circuit Court of Cook County, Illinois, No. 2021-CH-03259 |
| Thornton v. Generations at Peoria, LLC | Circuit Court of Cook County, Illinois, No. 2021-CH-03481 |
| Tims v. Black Horse Carriers, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-03522 |
| Townsend v. The Estates of Hyde Park, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-11849 |
| Treadwell v. Power Solutions International, Inc. | Northern District of Illinois, No. 2018-cv-08212 |



# STEPHANZOURAS, LLP

222 W. Adams Street, Suite 2020
Chicago, IL 60606
312-233-1550
**stephanzouras.com**

| CASE | COURT |
|------|-------|
| Trinidad v. Bridgeview Advisors, LLC | Circuit Court of Cook County, Illinois, No. 2020-CH-06600 |
| Trio v. Amazon Web Services, Inc. | Circuit Court of Cook County, Illinois, No. 2023-CH-00544 |
| Trio v. Turing Video, Inc. | Circuit Court of Cook County, Illinois, No. 2021-CH-03264 |
| Trottier v. Attendance Demand, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-13230 |
| Tullis v. G2K Logistics, LLC | Circuit Court of Cook County, Illinois, No. 2022-CH-01637 |
| Valenzuela v. Reliable Staffing Services, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-06632 |
| Walker v. Pet Supplies Plus | Circuit Court of Cook County, Illinois, No. 2021-CH-03851 |
| Webster v. South Holland Home, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-12365 |
| Webster v. Triad Senior Living, Inc. | Circuit Court of Cook County, Illinois, No. 2019-CH-10787 |
| Webster v. Windsor Estates Nursing & Rehab Centre, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-11441 |
| Wheeler v. EMCO Chemical Distributors, Inc. | Circuit Court of Cook County, Illinois, No. 2021-CH-05597 |
| Wheeler v. Ridgeview Rehab & Nursing Center, LLC | Circuit Court of Cook County, Illinois, No. 2019-CH-14577 |
| Williams v. Wing Stop | Circuit Court of Cook County, Illinois, No. 2022-CH-00326 |
| Wilson v. Magna Exteriors Belvidere | Circuit Court of Boone County, Illinois, No. 2020-L-0039 |
| Young v. International Precision Components Corp. | Circuit Court of Lake County, Illinois, No. 2020-CH-00000521 |
| Young v. Taylor Farms Illinois, Inc. | Circuit Court of Cook County, Illinois, No. 2020-CH-05284 |