## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maetean Johnson

                        Plaintiff,

v.                                              Case No.: 1:22−cv−02409
                                            Honorable Jorge L. Alonso

Kroger Co., The, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. Plaintiff's Unopposed Motion and memorandum in support of preliminary approval of class action settlement [63] is granted. Settlement approval hearing set for 5/29/24 at 11:00 a.m. This hearing will be held in person. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.