# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maetean Johnson

                    Plaintiff,

v.                                                 Case No.: 1:22−cv−02409

                                                           Honorable Jorge L. Alonso

Kroger Co., The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 29, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Settlement Approval Hearing held. For the reasons stated on the record, Plaintiff's Unopposed Motion and memorandum in support of final approval of class action settlement [67] is granted. Enter Final approval order and final judgment. Movant Lewis Hobby, Jr.'s Motion to intervene [71] is granted. Movant Lewis Hobby, Jr. is excluded from the settlement class. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.